OPINION — AG — THE OKLAHOMA ORDNANCE WORKS AUTHORITY IS A STATE AGENCY AND THUS AN "ELIGIBLE EMPLOYER" FOR THE PURPOSES OF THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM, 74 O.S. 1967 Supp., 902 [74-902](14) CITE: OPINION NO. 63-456, 60 O.S. 1961 164-166 [60-164] — [60-166], 74 O.S. 1967 Supp., 1108 [74-1108](E), 60 O.S. 1961 165 [60-165] 60 O.S. 1961 164 [60-164] (PENN LERBLANCE)